**Dismissed and Opinion Filed November 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-18-01309-CV
_____

**REWA C. HALTON, RODNEY G. HALTON, AND ALL OTHER OCCUPANTS,**
**Appellants**
**V.**
**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03485-A**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Molberg

Stating they have settled their dispute with appellee, appellants have moved to dismiss the

appeal with prejudice. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R.

APP. P. 42.1(a)(1).


/Ken Molberg//
_____
KEN MOLBERG
JUSTICE


181309f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

REWA C. HALTON, RODNEY G. HALTON, AND ALL OTHER OCCUPANTS, Appellants

No. 05-18-01309-CV     V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-18-03485-A.
Opinion delivered by Justice Molberg, Justices Reichek and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this day of November 22, 2019.